[Cite as *Schuman v. Dept. of Job & Family Servs.*, 2017-Ohio-5769.]

| | |
|---|---|
| ANDREW SCHUMAN | Case No. 2017-00362-PQ |
| Requester | Judge Patrick M. McGrath |
| v. | ENTRY ADOPTING RECOMMENDATION OF SPECIAL MASTER |
| OHIO DEPARTMENT OF JOB AND FAMILY SERVICES | |
| Respondent | |

{¶1} On June 6, 2017, the Special Master issued a report recommending that the court issue an order DISMISSING the complaint for failure to state a claim. Civ.R. 12(B)(6). R.C. 2743.75(F)(2) states, in part: "Either party may object to the report and recommendation within seven business days after receiving the report and recommendation by filing a written objection with the clerk * * *." No objections were filed by either party.

{¶2} The court determines that there is no error of law or other defect evident on the face of the Special Master's decision. Therefore, the court adopts the Special Master's report and recommendation as its own, including findings of fact and conclusions of law contained therein. The complaint is hereby ordered DISMISSED.

{¶3} Court costs are assessed against Requester. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

 

 

_____
PATRICK M. MCGRATH
Judge

Case No. 2017-0362-PQ         -2-         ENTRY

cc:

Andrew Schuman
610 5th Street
Bowling Green, Ohio 43402

Cheryl R. Hawkinson
Assistant Attorney General
30 E. Broad Street, 26th Floor
Columbus, Ohio 43215-3428

Renata Y. Staff
Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215

**Filed June 28, 2017**
**Sent to S.C. Reporter 7/7/17**